# AFFIDAVIT OF SERVICE

| Case: 2:26-cv-05520 | Court: United States Courthouse | County: Los Angeles, CA | Job: 16058771 |
|---|---|---|---|
| **Plaintiff / Petitioner:** CAIYUN QIAN, an individual | | **Defendant / Respondent:** GRANDWAY REIT INVESTORS, LLC, et al. | |
| **Received by:** Reliable Attorney Service | | **For:** Justin J Sun, Esq. (SBN 360752) | |
| **To be served upon:** Grandway Capital Partners, LLC | | | |

I, Chastity V. Meyers (Sacramento #2012-45), being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Grandway Capital Partners, LLC / 1505 Corporation Registered Agent Solutions, Inc. / Jeff Kurtz - Legal Intake / Authorized to Accept Service / 555 Capitol Mall #1150, Sacramento, CA 95814

**Manner of Service:** Personal Service / Authorized, Aug 13, 2026, 1:20 pm

**Documents:** Summons in a Civil Action; Verified Complaint; Notice to Parties of Court-Directed ADR Program; Standing Order for Civil Cases Assigned to Judge Birotte; Notice of Assignment to United States Judges

**Additional Comments:**
1) Successful Attempt: Aug 13, 2026, 1:20 pm PDT at: 555 Capitol Mall #1150, Sacramento, CA 95814 received by Grandway Capital Partners, LLC / 1505 Corporation Registered Agent Solutions, Inc. / Jeff Kurtz - Legal Intake / Authorized to Accept Service.

Chastity Meyers    August 18, 2026

Chastity V. Meyers    **Date**
(Sacramento #2012-45)

Reliable Attorney Service
313 East Broadway #10484
Glendale, CA 91209
(818) 488-0664