# AFFIDAVIT OF SERVICE

| Case: 2:26-cv-05520 | Court: United States Courthouse | County: Los Angeles, CA | Job: 16058771 |
|---|---|---|---|
| **Plaintiff / Petitioner:** CAIYUN QIAN, an individual | | **Defendant / Respondent:** GRANDWAY REIT INVESTORS, LLC, et al. | |
| **Received by:** Reliable Attorney Service | | **For:** Justin J Sun, Esq. (SBN 360752) | |
| **To be served upon:** Lawrence Chichung Wang | | | |

I, John Abramyan (LA #2024153691), being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lawrence Chichung Wang c/o Arman Akopian, PMB Store Associate / 530 South Lake Avenue #503, Pasadena, CA 91101

**Manner of Service:** Substitute Service - Personal, Aug 13, 2026, 11:43 am

**Documents:** Summons in a Civil Action; Verified Complaint; Notice to Parties of Court-Directed ADR Program; Standing Order for Civil Cases Assigned to Judge Birotte; Notice of Assignment to United States Judges

**Additional Comments:**
1) Successful Attempt: Aug 13, 2026, 11:43 am PDT at: 530 South Lake Avenue #503, Pasadena, CA 91101 received by Arman Akopian, PMB Store Associate.

I thereafter mailed a copy to Lawrence Chichung Wang at 530 South Lake Avenue #503, Pasadena, CA 91101.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

August 18, 2026

John Abramyan (LA #2024153691) **Date**

Reliable Attorney Service
313 East Broadway #10484
Glendale, CA 91209
(818) 488-0664